HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LACEY JONES,<br><br>                Plaintiff,<br><br>  vs.<br><br>QUESTIONPRO, INC.,<br><br>                Defendant. | NO. 2:24-cv-01361<br><br>**ORDER GRANTING STIPULATED MOTION TO ALLOW FOR ADDITIONAL TIME TO FILE ANSWER** |

      This matter having come before the Court upon Defendant QuestionPro, Inc.'s and Plaintiff Lacey Jones's Stipulated Motion to Allow for Additional Time to File Answer (the "Motion"), and the Court having considered the Motion, the pleadings, and records herein, the Court enters the following Order:

///

///

///

///

---

ORDER GRANTING STIPULATED MOTION TO
ALLOW FOR ADDITIONAL TIME TO FILE
ANSWER
Case No.: 2:24-CV-01361 - 1

**GORDON REES SCULLY
MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Good cause exists for Defendant QuestionPro, Inc. to be given additional time to file its Answer to Plaintiff's Amended Complaint. The new deadline for Defendant to file its answer is September 13, 2024.

DATED this 5th day of September, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented By:

GORDON REES SCULLY MANSUKHANI LLP

By:  s/ Nicole E. Demmon
Nicole E. Demmon, WSBA # 45322
Diana Danzberger, WSBA #24818
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 289-2822
Email: ndemmon@grsm.com
Email: ddanzberger@grsm.com

MACDONALD HOAGUE & BAYLESS (WA)

By:  /s/ Mika K. Rothman
Mika K. Rothman, WSBA #55870
Katherine C. Chamberlain, WSBA #40014
705 Second Avenue, Suite 1500
Seattle, WA 98104-1745
Telephone: (206) 622-1604
Email: mikar@mhb.com
Email: katherinec@mhb.com

ORDER GRANTING STIPULATED MOTION TO ALLOW FOR ADDITIONAL TIME TO FILE ANSWER
Case No.: 2:24-CV-01361 - 2

**GORDON REES SCULLY MANSUKHANI LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822