Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LACEY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>QUESTIONPRO, INC.,<br><br>    Defendant. | No. 2:24-cv-01361-RSM<br><br>ORDER GRANTING STIPULATION TO FILE SECOND AMENDED COMPLAINT |

The stipulated motion for leave to file a second amended complaint, Dkt. No. 14, is **GRANTED**. Plaintiff Lacey Jones shall promptly file the second amended complaint within seven (7) days of this Order.

**IT IS HEREBY ORDERED**.

DATED this 25th day of October, 2024.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO FILE SECOND AMENDED
COMPLAINT - 1

No. 2:24-cv-01361-RSM

20232.00001 rj250101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

1  Presented by:

2

3  MacDONALD HOAGUE & BAYLESS

4

5  By: */s/Mika Rothman*
    Katherine Chamberlain, WSBA #40014

6  Mika Rothman, WSA #55870
       Address: 705 Second Avenue, Suite 1500

7      Seattle, WA  98104
    Phone:  206-622-1604

8   Email: katherinec@mhb.com
    Email: mikar@mhb.com

9   Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING STIPULATION TO FILE SECOND AMENDED
COMPLAINT - 2

No. 2:24-cv-01361-RSM
20232.00001 rj250101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961