UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LACEY JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>QUESTIONPRO, INC., a corporation; VIVEK BHASKARAN, an individual; and ERIK KOTO, an individual,<br><br>    Defendants. | No. 2:24-cv-01361-RSM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

## **STIPULATION**

The parties have resolved all claims. Therefore, pursuant to FRCP 41(a)(1)(A)(ii), by their attorneys of record, the parties stipulate that the above captioned action shall be voluntarily dismissed with prejudice and without court-awarded costs or attorneys' fees to either party.

//
//
//
//
//
//
//
//
//

STIPULATION OF DISMISSAL WITH PREJUDICE - 1

No. 2:24-cv-01361-RSM

| | |
|---|---|
| 1 | DATED this 24th day of June, 2025. |
| 2 | Respectfully submitted, |

| | |
|---|---|
| **MacDONALD HOAGUE & BAYLESS** | **GORDON REES SCULLY MANSUKHANI LLP** |
| By:  */s/Katherine Chamberlain* <br> Katherine Chamberlain, WSBA #40014 <br> Mika Rothman, WSA #55870 <br> 705 Second Avenue, Suite 1500 <br> Seattle, WA  98104 <br> 206-622-1604 <br> katherinec@mhb.com <br> mikar@mhb.com <br><br> ***Attorneys for Plaintiff Lacey Jones*** | By:  */s/Nicole E. Demmon* <br> Nicole E. Demmon, WSBA #45322 <br> Diana P. Danzberger, WSBA #24818 <br> 701 5th Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Telephone: (206) 695-5100 <br> Direct: (206) 695-5114 <br> Facsimile: (206) 689-2822 <br> Email: ddanzberger@grsm.com <br> Email: ndemmon@grsm.com <br><br> ***Attorneys for Defendants QuestionPro, Vivek Bhaskaran and Erik Koto*** |

STIPULATION OF DISMISSAL WITH PREJUDICE - 2

No. 2:24-cv-01361-RSM

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that the above-entitled action is dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this \_\_\_\_27th_____ day of \_\_\_\_\_June_____, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE